IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT KNOXVILLE

FEBRUARY 1997 SESSION



FILED

**October 30, 1997**

**Cecil Crowson, Jr.**
Appellate Court Clerk

| | | |
|---|---|---|
| JEFFERY DEWAYNE ROACH, | ) | |
| | ) | |
| Appellant, | ) | No. 03C01-9604-CC-00155 |
| | ) | |
| | ) | Hamblen County |
| v. | ) | |
| | ) | Honorable James E. Beckner, Judge |
| | ) | |
| STATE OF TENNESSEE, | ) | (Post-Conviction) |
| | ) | |
| Appellee. | ) | |

For the Appellant:                          For the Appellee:

Jeffery Dewayne Roach, <u>Pro</u> <u>Se</u>        Charles W. Burson
#12043-074 E-3                              Attorney General of Tennessee
P.O. Box 1000                                      and
United States Penitentiary              Elizabeth T. Ryan
Lewisburg, Pennsylvania 17837-1000   Assistant Attorney General of Tennessee
                                            450 James Robertson Parkway
                                            Nashville, TN 37243-0493


                                            C. Berkeley Bell, Jr.
                                            District Attorney General
                                            113J W. Church Street
                                            Greeneville, TN 37743


OPINION FILED:_____


AFFIRMED

Joseph M. Tipton
Judge

# O P I N I O N

The petitioner, Jeffery Dewayne Roach, appeals as of right from the Hamblen County Criminal Court's summary dismissal of his petition for post-conviction relief.[1] The trial court dismissed the petition, concluding that it was barred by the statute of limitations. We affirm the judgment of the trial court.

The petitioner pled guilty to three counts of felony drug possession in 1981. On July 17, 1995, he filed the present petition collaterally attacking the three convictions. We agree with the trial court's determination that the petition is barred by the applicable statute of limitations. See Arnold Carter v. State, No. 03-S-01-9612-CR-00117, Monroe County (Tenn. Sept. 8, 1997) (for publication). Accordingly, the judgment of the trial court is affirmed.

_____
Joseph M. Tipton, Judge

CONCUR:


_____
Jerry L. Smith, Judge



_____
Thomas T. Woodall, Judge

---

[1] The petition is titled a "MOTION TO VACATE, SET ASIDE AND EXPUNGE RESTRICTIONS OF RIGHTS AND CONSTITUTIONAL LAW -- EQUAL PROTECTION -- CRIMINAL DISFRANCHISEMENT LAW AND INFAMOUS LAW OF THE STATE OF TENNESSEE AND EX POST FACTO CLAUSE TO APPLY IN THIS CASE AND OPINIONS OF THE ATTORNEY GENERAL OF THE STATE OF TENNESSEE. T.C.A. (1994), VOLUME 7; T.C.A. 39-17-1307 OF STATE LAW." The trial court properly treated the petition as one for post-conviction relief.